**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

BRIDGET MCEACHERN                              CASE NO. 20-bk-06576-LVV
DAVID MCEACHERN                                CHAPTER 7

                Debtors.
_____/

**CONSENT TO TRUSTEE'S MOTION FOR**
**ORDER APPROVING SALE OF ESTATE'S INTEREST IN**
**NON-EXEMPT REAL ESTATE IN VOLUSIA COUNTY, FLORIDA**

Creditor, Specialized Loan Servicing LLC as servicing agent for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-1, files its Consent to Trustee's Motion for Order Approving Sale of Estate's Interest in Non-Exempt Real Estate in Volusia County, Florida (Doc. No. 30) ("Trustee's Motion") and states:

1. Creditor holds a note secured by a mortgage on the property located at 546 Antelope Drive, Deltona, Florida 32725.

2. Creditor has no objection to sale of the property subject to the requirements set forth in the Short Sale approval documentation.

                                      Respectfully submitted,

                                        */s/ Gavin N. Stewart*
                                        Gavin N. Stewart, Esquire
                                        Florida Bar Number 52899
                                        P.O. Box 5703
                                        Clearwater, FL 33758
                                        P: (727) 565-2653
                                        F: (727) 213-9022
                                        E: bk@stewartlegalgroup.com
                                        Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail to the parties below this 16th day of June 2021.

                                                */s/ Gavin N. Stewart*
                                                Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Bridget McEachern
David McEachern
1840 Amero Ave
Deltona, FL 32725

**VIA CM/ECF NOTICE**
Stacy A Eckert
Stacy A Eckert PA
2445 South Volusia Avenue, Suite C-1
Orange City, FL 32763

Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708